UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN



FILED
MAY 02 2024
CLERK'S OFFICE
DETROIT

United States of America

Plaintiff,

vs.

Antonio lynn Fluker Jr

Defendant(s).
_____/

Case No. 21-cr-20331

Judicial Officer:
Honorable F. Kay Behm

Case: 4:24-mc-50425
Assigned To : Behm, F. Kay
Referral Judge: Ivy, Curtis, Jr
Assign. Date : 5/2/2024

Notice of
Preliminary Order of Forfeiture

I, Trina Daniels who wishes to assert a legal interest in the propertys that is listed below
$159,900.00 in U.S. Currency seized from JP Morgan Chase, Acct 539568508 (20-USS-000727)
$159,900.00 in U.S. Currency seized from JP Morgan Chase, Acct #625937600 (20-USS-00728)
$112,923.81 in U.S. Currency seized from Bank of America Acct #3750173382254 (21-USS-000218)
$145,754.38 in U.S. Currency seized from Bank of America Acct 3750180441508 (21-USS-000220)
$280,079.66 in U.S. Currency seized From Fifth Third Bank Acct 7933150042 (21-USS-00021)
$18,270.67 in U.S. Currency seized from PNC Bank Acct 4013442682 (21-USS-000222)
$19,772.89 in U.S. Currency seized from Fifth Third Bank Acct 7933087152 (21-USS-000223)
Louis Vitton Mono chain reverso Bracelet (21-USS-000622)
Apple watch series 3 (21-USS-000623)
Pair of Diamond Earrings (21-USS-000624)
~~Diamond Necklace (21-USS-000625)~~

Diamond Necklace (21-USS-000625)
I Am asking the court about a GMC Red Pick-up Truck is in Antonio Fluker Hands and other automobiles in His Hands is in my Name as well. If possible The Court investigate on this matter as well of the automobiles

_Trina Daniels_
Signature of Filer

Trina Daniels
Printed Name

Date: May 2, 2024

#31158 woodland Apt 17207
Street Address

Wixom Michigan 48393
City, State, Zip Code

(313) 736-1246
Telephone Number