UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

        Plaintiff,                                Civil Case No.  24-mc-50425

v.                                                  Crim. Case No.  21-cr-20331
                                                      Honorable F. Kay Behm

Antonio Lynn Fluker, Jr.,

        Defendant,

Trina Daniels,

        Interested Party.

---

**Notice to Court Regarding Status of Ancillary Forfeiture Proceeding**

---

On March 20, 2024, the Court entered a Preliminary Order of Forfeiture in criminal case 21-cr-20331. (21-cr-20331, ECF No. 156). On April 24, 2024, the United States served Notice of the Preliminary Order of Forfeiture on individuals who may have an interest in the forfeited property. (21-cr-20331, ECF No. 160).

On May 2, 2024, Trina Daniels filed a petition to assert an interest in the forfeited property, which opened this ancillary proceeding. (24-mc-50425, ECF No. 1). The United States has prepared a Motion to Dismiss the Petition for failure to state a claim and lack of standing.

In accordance with Local Rule 7.1, the United States called Trina Daniels to discuss the nature of the Motion and its legal basis. Ms. Daniels returned the

Government's call on May 16, 2024. The United States explained the deficiencies in the Petition and inquired whether Ms. Daniels would like an opportunity to amend her petition. Specifically, the Government notified Ms. Daniels that for each asset for which she is asserting a claim, the petition should:

1. Set forth the nature and extent of Daniels' right, title, or interest in the property;
2. Identify the time and circumstances of her acquisition of the right, title, and interest in the property;
3. Provide additional facts to support her claim to the property; and
4. Sign the petition under penalty of perjury.

Ms. Daniels would like to amend her petition. The Government agreed that Ms. Daniels may have until June 6, 2024 to file an amended petition with the court.

        Respectfully submitted,

        Dawn N. Ison
        United States Attorney

        S/Adriana Dydell
        Adriana Dydell (CA 239516)
        Assistant U.S. Attorney
        211 W. Fort Street, Ste. 2001
        Detroit, Michigan 48226
        (313) 226-9125
        Adriana.Dydell@usdoj.gov

Dated: May 16, 2024

## Certification of Service

I hereby certify that on May 16, 2024, the foregoing document was electronically filed using the ECF system which will send notification of such filing to all ECF participants and was served upon the following non-ECF participants via certified and regular mail by placing the same in an envelope, postage prepaid, and depositing said envelopes in the United States Mail addressed as follows:

>Trina Daniels
>XXXXX Woodland Apt XXXXX
>Wixom, Michigan 48393

>S/Adriana Dydell
>Adriana Dydell (CA 239516)
>Assistant U.S. Attorney
>211 W. Fort Street, Ste. 2001
>Detroit, Michigan 48226
>(313) 226-9125
>Adriana.Dydell@usdoj.gov

3