UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERIA, | Case No. 24-mc-50425 |
| Plaintiff, | F. Kay Behm |
| v. | United States District Judge |
| ANTONIO LYNN FLUKER, | |
| Defendant. | |
| _____ / | |

## ORDER DISMISSING CASE

Movant, Trina Daniels, submitted a motion for return of property seized in a criminal case. (ECF No. 1). Daniels has now submitted a letter stating that she is withdrawing her claim to seized property. (ECF No. 3). The court will treat this letter as a Notice of Voluntary Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i) and, therefore, **DISMISSES** this action.

**SO ORDERED**.

Date: June 10, 2024

s/F. Kay Behm
F. Kay Behm
United States District Judge

1

## CERTIFICATE OF SERVICE

      The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 10, 2024.

                                            s/William Barkholz
                                            WILLIAM BARKHOLZ
                                            Sitting in for Judge Behm's
                                            Case Manager